# United States Bankruptcy Court
### Eastern District of Virginia
Richmond Division
701 East Broad Street
Richmond, VA 23219

**Case Number**   22−33571−KRH
**Chapter**   13

**In re:**
Kimberly L. Berry
dba Blaine Transport, LLC
495 Ravenscroft Road
South Prince George, VA 23805

**SSN:**  xxx−xx−4318        **EIN:**  26−0317755

## NOTICE OF RESCHEDULED MEETING OF CREDITORS

**NOTICE IS HEREBY GIVEN** that the meeting of creditors in the above referenced case has been rescheduled to January 19, 2023, at 12:00 PM, and will be held as a telephonic 341 creditors meeting. For dial−in contact information see trustees address below. For updates, see www.vaeb.uscourts.gov.

(If appropriate) **NOTICE IS FURTHER GIVEN** that the United States Trustee has appointed the following as substitute interim trustee of the estate of the above−named debtor(s):

Substitute Interim Trustee:             Suzanne E. Wade

                                        341 Dial 877−996−8484 Code 2385911
                                        7202 Glen Forest Drive, Ste. 202
                                        Richmond, VA 23226

**NOTICE IS FURTHER GIVEN** that, except for the rescheduled meeting of creditors, all other matters and dates set forth in the court's notice dated December 20, 2022 remain in full force and effect.

Dated:  December 23, 2022                For the Court,

                                         William C. Redden, Clerk
(VAN−030)                                United States Bankruptcy Court

United States Bankruptcy Court

Eastern District of Virginia

In re:     Case No. 22-33571-KRH

Kimberly L. Berry     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-7    User:    Page 1 of 3
Date Rcvd: Dec 23, 2022    Form ID: VAN030    Total Noticed: 36

The following symbols are used throughout this certificate:
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 25, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kimberly L. Berry, 495 Ravenscroft Road, South Prince George, VA 23805-7122 |
| 16032051 | + | Capital One/SaksFirst, 3455 Hwy 80 West, Jackson, MS 39209-7202 |
| 16032052 | + | Charles City County Treasurer, P.O. Box 38, Charles City, VA 23030-0038 |
| 16032058 | + | City of Petersburg, Treasurer, Post Office Box 1271, Petersburg, VA 23804-1271 |
| 16032067 | + | Jesse Albert Moore, 208 Fulham Circle, Richmond, VA 23227-1711 |
| 16032069 | + | Kimberly Alice Chandler, Chandler Law Firm, P.O. Box 17586, Richmond, VA 23226-7586 |
| 16032081 | + | Richmond City R/E Tax, P.O. Box 26505, Richmond, VA 23261-6505 |
| 16032083 | + | Syncb/Old Navy, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 16032084 | + | U.S. Small Adminstration, 14925 Kingsport Road, Fort Worth, TX 76155-2243 |
| 16032085 | + | Virginia Farm Bureau Mutual, P.O. Box 27552, Richmond, VA 23261-7552 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 16033870 | + | Email/Text: va_tax_bk@harriscollect.com | Dec 23 2022 23:27:00 | COMMONWEALTH OF VIRGINIA, DEPARTMENT OF TAXATION, PO BOX 2156, RICHMOND, VA 23218-2156 |
| 16032050 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 23 2022 23:33:04 | Capital One/SaksFirst, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 16032054 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 23 2022 23:33:09 | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 16032053 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 23 2022 23:33:13 | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 16032056 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 23 2022 23:33:09 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 16032055 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 23 2022 23:33:05 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 16032057 | + | Email/Text: bankruptcy@cbtva.com | Dec 23 2022 23:27:00 | Citizensbk, 126 S Main St, Blackstone, VA 23824-1842 |
| 16032060 | | Email/Text: va_tax_bk@harriscollect.com | Dec 23 2022 23:27:00 | Commonwealth of VA-Tax, P.O. Box 2156, Richmond, VA 23218-2156 |
| 16036330 | + | Email/Text: va_tax_bk@harriscollect.com | Dec 23 2022 23:27:00 | Commonwealth of Virginia Department of Taxation, Department of Taxation, PO BOX 2156, Richmond, VA 23218-2156 |
| 16033871 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 23 2022 23:27:00 | DEPARTMENT OF THE TREASURY - IRS, INTERNAL REVENUE SERVICE, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 16032072 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 23 2022 23:33:06 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040-0000 |
| 16032063 | + | Email/Text: Bankruptcy@Freedommortgage.com | | |

| Recip ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 16032062 | + | Email/Text: Bankruptcy@Freedommortgage.com | Dec 23 2022 23:26:00 | Freedom Mortgage Corporation, P.o. Box 50485, Indianapolis, IN 46250-0485 |
| | | | Dec 23 2022 23:26:00 | Freedom Mortgage Corporation, Attn: Bankruptcy, 907 Pleasant Valley Ave, Ste 3, Mt Laurel, NJ 08054-1210 |
| 16032064 | + | Email/Text: bankruptcy@fult.com | Dec 23 2022 23:27:00 | Fulton Mortgage, P.O. Box 4887, Lancaster, PA 17604-4887 |
| 16032071 | + | Email/Text: pslater@langleyfcu.org | Dec 23 2022 23:27:13 | Langley Federal Credit Union, 721 Lakefront Commons, Newport News, VA 23606-3324 |
| 16032070 | + | Email/Text: pslater@langleyfcu.org | Dec 23 2022 23:27:13 | Langley Federal Credit Union, Attn: Bankruptcy, Po Box 120128, Newport News, VA 23612-0128 |
| 16032073 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 23 2022 23:33:09 | Macys/fdsb, Po Box 6789, Sioux Falls, SD 57117-6789 |
| 16032074 | + | Email/Text: M74banko@mercedes-benz.com | Dec 23 2022 23:26:00 | Mercedes-Benz Financial Services, Attn: Bankruptcy, Po Box 685, Roanoke, TX 76262-0685 |
| 16032075 | + | Email/Text: M74banko@mercedes-benz.com | Dec 23 2022 23:26:00 | Mercedes-Benz Financial Services, P.o. Box 961, Roanoke, TX 76262-0961 |
| 16032077 | + | Email/PDF: ebnotices@pnmac.com | Dec 23 2022 23:33:09 | PennyMac Loan Services, LLC, Attn: Correspondence Unit, Po Box 514387, Los Angeles, CA 90051-4387 |
| 16032078 | + | Email/PDF: ebnotices@pnmac.com | Dec 23 2022 23:33:09 | PennyMac Loan Services, LLC, Po Box 514387, Los Angeles, CA 90051-4387 |
| 16032082 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 23 2022 23:33:12 | Syncb/Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 16032087 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 23 2022 23:33:08 | Wells Fargo Bank NA, Po Box 14517, Des Moines, IA 50306-3517 |
| 16032086 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 23 2022 23:33:12 | Wells Fargo Bank NA, 1 Home Campus Mac X2303-01a, Des Moines, IA 50328-0001 |
| 16032089 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 23 2022 23:33:04 | Wells Fargo Home Mortgage, Po Box 10335, Des Moines, IA 50306-0335 |
| 16032088 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 23 2022 23:33:12 | Wells Fargo Home Mortgage, Attn: Written Correspondence, Po Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 26

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Wells Fargo Bank, NA |
| 16032049 | | Adrian Gatling |
| 16032059 | | Comenitybank/vicsecrmc, 00000-0000 |
| 16032061 | | Daniel Smith |
| 16032066 | | Jerry & Phyliss Barnes |
| 16032068 | | Johnnie Jenkins |
| 16032076 | | Paul Johnson |
| 16032079 | | Pete Wink |
| 16032080 | | Rebecca D. Berry |
| cr | *+ | Jesse Albert Moore, 208 Fulham Circle, Richmond, VA 23227-1711 |
| 16032065 | * | Internal Revenue Service, Centralized Insolvency Unit, P O Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 9 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

District/off: 0422-7 User: Page 3 of 3
Date Rcvd: Dec 23, 2022 Form ID: VAN030 Total Noticed: 36

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 25, 2022            Signature:            /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 23, 2022 at the address(es) listed below:**

**Name** — **Email Address**

Carl M. Bates
station01@richchap13.com
station10@richchap13.com;station03@richchap13.com;station07@richchap13.com;station06@richchap13.com

Christopher Mark Winslow
on behalf of Debtor Kimberly L. Berry chris@chriswinslow.com
bankruptcy@wmmlegal.com;r44317@notify.bestcase.com;winslowbk@gmail.com;mandy@wmmlegal.com

Daniel M. Press
on behalf of Creditor Jesse Albert Moore dpress@chung-press.com  pressdm@gmail.com

John P. Fitzgerald, III
USTPRegion04.RH.ECF@usdoj.gov

Johnie Rush Muncy
on behalf of Creditor Wells Fargo Bank  NA jmuncy@siwpc.com,
dsasser@siwpc.com;ewhite@siwpc.com;bkreferrals@siwpc.com;siwbkecf@siwpc.com;siwpc@ecf.courtdrive.com;siwattecf@siwpc.com

Suzanne E. Wade
ecfsummary@ch13ricva.com  trustee@ch13ricva.com;fred@cmc13.net

TOTAL: 6