**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

_____

**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

     PLEASE TAKE NOTICE that BWW Law Group, LLC, by counsel, hereby gives notice that Mary F. Balthasar Lake, Esquire (VSB # 34899) withdraws a counsel from the cases listed on the attached Exhibit A effective as of the date of this notice.

     PLEASE TAKE FURTHER NOTICE that Joseph Romano, an attorney employed by BWW Law Group, LLC, will be substituted as counsel in place of Mary F. Balthasar Lake in the cases listed on the attached Exhibit A.

                                      Respectfully Submitted,
                                      BWW Law Group, LLC

Dated: _March  25, 2024_           /s/ Joseph Romano
                                      Joseph Romano, VSB# 98911
                                      BWW Law Group, LLC
                                      8100 Three Chopt Rd.
                                      Suite 240
                                      Richmond, VA 23229
                                      (804) 282-0463 (phone)
                                      (804) 282-0541 (facsimile)
                                      bankruptcy@bww-law.com
                                      *Attorney for the Creditor*


                                      /s/ Mary F. Balthasar Lake
                                      Mary F. Balthasar Lake, VSB #34899

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of March, 2024, a copy of the foregoing Notice of Withdrawal and Substitution of Counsel was served electronically via CM/ECF.

/s/ Joseph Romano
Joseph Romano, Esquire

# EXHIBIT A

| BK Case Number | Case Title | Chapter | Date Filed |
|---|---|---|---|
| 22-50337-SCS | Sharon L. Carleton | 13 | 12/27/2022 |
| 21-32000-FJS | Aurelia Janay Jones | 13 | 8/25/2022 |
| 22-32334-BFK | Durwood Gray Anderson | 13 | 9/1/2022 |
| 22-71510-SCS | Prudence Labor Fernandors | 13 | 9/12/2022 |
| 22-71593-FJS | William Meade Hays | 13 | 9/15/2022 |
| 22-71626-FJS | Marquis McCoy Nowell | 13 | 10/5/2022 |
| 22-50640-SCS | Jeffrey Kenneth Townsend and Heather Rene Townsend | 13 | 10/7/2022 |
| 20-12008-KHK | Kevin N. Summers and Amy B. Summers | 13 | 10/13/2022 |
| 22-71674-FJS | Daniel James Lucier | 13 | 10/17/2022 |
| 22-11372-KHK | Asad Ullah Khan Malik | 7 | 10/20/2022 |
| 22-71739-FJS | Gregory Donnell Rountree, Sr. | 13 | 10/25/2022 |
| 21-70518-SCS | Vincent Eduardo Fernandez | 13 | 10/24/2022 |
| 20-30913-KLP | Elissa Clift Lewis | 13 | 11/2/2022 |
| 22-71792-SCS | Tonnica Nynette Armstrong | 13 | 11/2/2022 |
| 22-11377-KHK | Jin Sang Ryu | 13 | 11/7/2022 |
| 22-71843-FJS | Roberto Mangione, Jr. | 13 | 11/9/2022 |
| 22-50123-FJS | Amber Lee Wendelken | 13 | 11/14/2022 |
| 22-33189-KLP | Joyce H. Jones | 13 | 11/21/2022 |
| 22-31876-KHK | Vicente Jesus Riopedre and Maritza Riopedre | 13 | 11/21/2022 |
| 22-33257-KLP | Ann Marie Jetter | 13 | 11/28/2022 |
| 22-71947-SCS | Larry Bernard Hill and Gabriele Martina Hill | 13 | 11/30/2022 |
| 22-33025-BFK | Ethel W Holmes | 13 | 11/28/2022 |
| 22-33239-KLP | Ned Paul Ferracci, III | 13 | 12/2/2022 |
| 22-50765-SCS | Matthew Robert Santamore and Danielle Lynn Santamore | 13 | 12/1/2022 |
| 22-33387-KLP | Patrick H Jones | 13 | 12/12/2022 |
| 21-31247-KLP | Richard Edward Murren and Kristy Dawn Murren | 13 | 12/13/2022 |
| 22-50810-FJS | Lydell Marquis Washington | 7 | 12/15/2022 |
| 22-33494-FJS | Leondria Louise Brantley | 13 | 12/16/2022 |
| 21-33549-BFK | Cynthia Gayle Gregory | 13 | 12/22/2022 |
| 22-33415-KHK | Melinda Ann Pereira | 13 | 12/22/2022 |
| 22-70789-FJS | Sheba Janine Caine | 13 | 12/22/2022 |
| 22-70786-SCS | Rozaland V McCall-Williams | 13 | 12/22/2022 |
| 22-70820-FJS | David-Kurt Way | 13 | 12/22/2022 |
| 22-70840-SCS | Venice Lynn Gregory | 13 | 12/23/2022 |
| 22-70918-FJS | Ayanna Lena Broom | 13 | 12/22/2022 |
| 22-71076-FJS | Christine Yvonne Holt | 13 | 12/22/2022 |
| 22-32621-KLP | Margaret Laverne Ross | 13 | 12/20/2022 |

| | | | |
|---|---|---|---|
| 22-72091-FJS | John Pecoraro and Donna Marie Pecoraro | 13 | 12/22/2022 |
| 22-33559-FJS | Llewellyn Duane Byrd | 13 | 12/22/2022 |
| 20-33655-KLP | Richard Neville Cunningham | 13 | 12/22/2022 |
| 22-33571-KHK | Kimberly L. Berry | 13 | 12/23/2022 |
| 22-30110-KHK | Kristen M Stell | 13 | 12/27/2022 |
| 22-71161-FJS | Juan Dimetrius Holt and Tammy Hayes Holt | 13 | 12/27/2022 |
| 22-71269-FJS | William Fleming Sutton | 13 | 12/27/2022 |
| 22-71406-SCS | Rachel Lyn Notaro | 13 | 12/28/2022 |
| 22-33460-KLP | Jonathan Bruce Pollard | 13 | 12/23/2022 |
| 22-30416-KHK | Raquel I Rivera and Rolando A Lopez | 13 | 12/28/2022 |
| 22-31628-FJS | Shavone L. Thomas | 13 | 12/28/2022 |
| 22-31690-KLP | Dustin John Eastvold and Lauren Elizabeth Eastvold | 13 | 12/28/2022 |
| 22-50513-SCS | Wendy Carol Guilford | 13 | 12/27/2022 |
| 22-72164-FJS | James Ronald McCormick | 13 | 1/5/2023 |
| 22-72166-FJS | Corey Maurice Rountree and Tresha Nichelle Rountree | 13 | 1/5/2023 |
| 22-32259-KLP | Arturo Montecinos | 13 | 1/5/2023 |
| 22-50867-FJS | Wilnice Carnette Hicks | 13 | 1/5/2023 |
| 22-33586-KLP | Erwin Mark Baskerville | 13 | 1/6/2023 |
| 22-72131-SCS | Stefhanie Ross | 13 | 1/6/2023 |
| 22-32758-FJS | Vernon Michael Yerby | 13 | 1/10/2023 |
| 22-33688-KLP | Frances King Robinson | 13 | 1/9/2023 |
| 23-50011-SCS | Damian Lee Davis | 13 | 1/13/2023 |
| 23-10007-KHK | Meghan Lea Williams | 13 | 1/13/2023 |
| 22-32554-KLP | Cynthia V. Belton | 13 | 1/18/2023 |
| 22-31801-KHK | David Paul Ramirez and Nicole Leanne Travis | 13 | 1/20/2023 |
| 22-31732-FJS | Maurice Clifton Woods and Jeanette Bailey Woods | 13 | 1/20/2023 |
| 22-31708-KHK | Essence M. Capate | 13 | 1/20/2023 |
| 22-31919-BFK | Juliette Hayes Brandon | 13 | 1/20/2023 |
| 22-32006-KLP | Regenia Brooks Carter-Pride | 13 | 1/23/2023 |
| 23-30130-FJS | Daniel Joseph Delgado | 13 | 1/23/2023 |
| 23-30101-FJS | Robert T. Hill | 13 | 1/20/2023 |
| 22-33083-KLP | Tiffany Suzanne Bailey | 13 | 1/23/2023 |
| 22-50496-FJS | Douglas Ronald Boyd | 13 | 1/23/2023 |
| 23-70077-FJS | Maggie Ann Simmons | 13 | 1/23/2023 |
| 23-30018-BFK | Ibolya J. Lewis | 13 | 1/20/2023 |
| 23-30144-BFK | Tamara D. Hunter | 13 | 1/23/2023 |
| 22-33689-BFK | Ryan Keith Daly | 13 | 1/24/2023 |
| 23-30211-KHK | Marcel Alonzo Minor | 13 | 1/30/2023 |

| | | | |
|---|---|---|---|
| 23-30177-KLP | Tyrone Leon Goode | 13 | 2/1/2023 |
| 22-32174-KHK | Dianna M. Fortune | 13 | 2/6/2023 |
| 20-30922-KLP | Derek Demond Crocker | 13 | 2/1/2023 |
| 23-30249-KLP | Sandriel King | 13 | 2/3/2023 |
| 19-34467-KLP | Gerald Burns | 13 | 2/16/2023 |
| 22-32454-FJS | David Wayne Daniels | 13 | 2/3/2023 |
| 23-30272-FJS | Floyd Davis Pamplin and Carolyn Laverne Ross | 13 | 2/6/2023 |
| 23-70142-SCS | David Kelly Link and Shalimar Zoe Link | 13 | 2/3/2023 |
| 23-70157-SCS | Gerald Wayne Blanchard, Jr. | 13 | 2/3/2023 |
| 22-32646-BFK | Willie Bradford Dickerson | 13 | 2/3/2023 |
| 23-70187-SCS | Wanda Mayes Garris | 13 | 2/8/2023 |
| 23-70175-FJS | Timothy Edward Billings | 13 | 2/8/2023 |
| 23-30264-KLP | Elmo Morris Dawson and Sharon Jones Dawson | 13 | 2/10/2023 |
| 23-30356-KLP | Courtney Lachelle Johnson | 13 | 2/10/2023 |
| 22-71837-SCS | Ulanda Latice Dildy | 13 | 2/10/2023 |
| 22-50415-SCS | Henry Harold Pittman | 7 | 2/14/2023 |
| 22-32041-KLP | Lakesha Shanta Knight | 13 | 2/15/2023 |
| 23-70136-FJS | Sheryl Denise Wilson | 13 | 2/14/2023 |
| 23-30426-KLP | Robert Terrell Quarles and Tanika Nicole Quarles | 13 | 2/16/2023 |
| 23-30471-KLP | James Clark Caruthers | 13 | 2/16/2023 |
| 23-30418-FJS | Julius Ceasar Stafford, 3rd | 13 | 2/16/2023 |
| 23-50062-SCS | Brandi Santiago | 13 | 2/16/2023 |
| 23-30344-FJS | Jessica Ann Childs | 13 | 2/20/2023 |
| 19-35912-KLP | Wendell Tyrone Lundy | 13 | 2/20/2023 |
| 23-30503-KLP | Darleen McCall | 13 | 2/23/2023 |
| 23-70242-SCS | David Scott Peterson, Jr. | 13 | 3/1/2023 |
| 19-34580-KLP | Gilvia Vonzella Wilson | 13 | 3/3/2023 |
| 23-30669-KHK | Lisa Gayle Wormley | 13 | 3/3/2023 |
| 23-30693-FJS | Gregory Ellsworth Smith | 13 | 3/3/2023 |
| 23-30487-KHK | Cheryl A. McGuire | 13 | 3/10/2023 |
| 23-30757-KLP | Randall D Johnson and Tabitha Q Johnson | 13 | 3/10/2023 |
| 23-70282-FJS | Benjamin D. Jones | 13 | 3/10/2023 |
| 23-50178-SCS | Larry Neil Mobley and Brandon Lee Fultz | 13 | 3/14/2023 |
| 23-70448-FJS | Crystal Sherrie Staton | 13 | 3/16/2023 |
| 23-30138-KHK | William Lloyd Williford, Jr. | 13 | 3/16/2023 |
| 23-70440-SCS | Rosalie Mercado | 13 | 3/17/2023 |
| 23-30863-BFK | Michael Anthony Waggoner | 13 | 3/16/2023 |
| 23-30867-BFK | Daron Lemarr Dabney and Myesha Austin Dabney | 13 | 3/17/2023 |

| | | | |
|---|---|---|---|
| 23-30531-KLP | Stacey Glenn Kelly | 13 | 3/17/2023 |
| 23-70406-FJS | John Charles Naginey and Shelia Marie Naginey | 13 | 3/24/2023 |
| 23-30963-FJS | Duglaz Antonio Escobar, Sr. | 13 | 3/28/2023 |
| 20-50444-FJS | Denise Lynn Bowen | 13 | 3/28/2023 |
| 23-31033-BFK | Isaac D Samuels and Denise Samuels | 13 | 3/28/2023 |
| 22-33098-FJS | Clara Denise Banks | 13 | 4/5/2023 |
| 19-35641-KLP | Daylon Latrent Morris | 13 | 4/12/2023 |
| 23-31273-BFK | Teresa Ilene Carter | 13 | 4/17/2023 |
| 21-50511-FJS | Joseph M. Brown, Jr | 13 | 4/17/2023 |
| 23-31265-KHK | Lurene Patricia Adams | 13 | 4/18/2023 |
| 23-31191-FJS | Miguel Fernando Guzman | 13 | 4/26/2023 |
| 23-50293-SCS | Joseph Lewis Ramsey, Jr. | 13 | 4/25/2023 |
| 23-50288-SCS | Bryan Zachary Black | 13 | 4/26/2023 |
| 23-31370-KLP | Edith Lewis Goad | 13 | 4/26/2023 |
| 23-70669-FJS | Kristofer Mark Milanay Torres and Donna Victa Adriano Torres | 13 | 4/28/2023 |
| 23-70791-FJS | Lajuane Damien Artis | 13 | 4/28/2023 |
| 23-31432-KLP | Justin Plaskett | 13 | 5/1/2023 |
| 23-31449-KLP | Cassandra Jennifer Cain | 13 | 5/3/2023 |
| 23-31474-FJS | Jacob M. Kelley | 13 | 5/4/2023 |
| 20-70514-FJS | Lori Bennett Shreaves and Bryan Preston Shreaves | 13 | 5/12/2023 |
| 20-34999-KLP | L. Na'eem S. Akbar | 13 | 5/10/2023 |
| 19-33122-KLP | Princess T. Brown | 13 | 5/16/2023 |
| 23-70823-FJS | Carl Antonio Lane | 13 | 5/8/2023 |
| 19-34792-KLP | Timothy Brian Jordan | 13 | 5/11/2023 |
| 22-71922-FJS | Terrance Lamar Fernandors | 13 | 5/10/2023 |
| 23-70855-FJS | Tasha Conyell Wells | 13 | 5/9/2023 |
| 23-31464-KLP | Adrienne Nicole Washington | 13 | 5/12/2023 |
| 23-31536-KLP | Renee Richardson | 13 | 5/16/2023 |
| 23-31575-KHK | Walteria L. Burgess | 13 | 5/12/2023 |
| 23-31621-KLP | Glenn Douglas Palmer | 13 | 5/23/2023 |
| 23-31641-KHK | Alicia Diana Taylor | 13 | 5/17/2023 |
| 23-31699-KLP | Thomas Williams and Darlene G. Williams | 13 | 5/19/2023 |
| 23-70927-SCS | Anthony Lee Pope | 13 | 5/22/2023 |
| 23-31705-KLP | Samuel Rollin Glidden | 13 | 5/24/2023 |
| 20-31407-KLP | Debra K. Greene | 13 | 5/26/2023 |
| 22-70367-FJS | Janice Bonita Hall | 13 | 6/9/2023 |
| 23-31734-BFK | Lori Ann Gilmore | 13 | 6/15/2023 |
| 23-31786-KLP | Tiffany Eileen Harris | 13 | 6/9/2023 |

| | | | |
|---|---|---|---|
| 23-30829-KLP | Kimberley Kaye Royal | 13 | 6/13/2023 |
| 21-50367-SCS | Tamika Lashawn Pinn | 13 | 6/15/2023 |
| 22-10516-BFK | Lauren Ashley Ours | 13 | 6/16/2023 |
| 23-32017-KLP | Paul J Bennett, III | 13 | 6/20/2023 |
| 23-31983-FJS | Tanya Nicole Brown | 13 | 6/16/2023 |
| 23-31896-KLP | Katoya Luethelen Wagner | 13 | 6/21/2023 |
| 23-32083-KLP | April Leah Fontaine | 13 | 6/22/2023 |
| 23-31919-KLP | Tracey Lanora Alston | 13 | 6/23/2023 |
| 23-32047-FJS | Gene Anthony Harrison | 13 | 6/26/2023 |
| 23-32153-KHK | John T. Blanton | 13 | 6/29/2023 |
| 23-71195-SCS | William Henry Parker, Jr. | 13 | 6/29/2023 |
| 23-32209-BFK | Kisha Amanda Neblett | 13 | 7/3/2023 |
| 22-71056-SCS | Loretta Iona Wong-Samuel | 13 | 7/5/2023 |
| 23-32250-KLP | George Calvin Welsh | 13 | 7/6/2023 |
| 23-32254-KLP | Jennifer Cason Morasco | 13 | 7/6/2023 |
| 23-32255-BFK | Grace Oliver Carter | 13 | 7/6/2023 |
| 20-34755-KLP | Sandra Jones Goode | 13 | 7/10/2023 |
| 23-32282-KLP | Marlon Willard Warren and Felice Sharonda Warren | 13 | 7/10/2023 |
| 22-71644-FJS | Keith Lamar Snowden, Jr. | 13 | 7/13/2023 |
| 23-32280-KLP | Doranda D Scott | 13 | 7/14/2023 |
| 22-71607-FJS | Albert Thomas Christian, Jr. | 13 | 1/19/2024 |
| 23-50496-FJS | Clyde D. Johnson | 13 | 7/19/2023 |
| 23-32346-KLP | Jonathan D. Graumann and Brandy N. Graumann | 13 | 7/20/2023 |
| 23-32392-FJS | Angela Bryan Render | 13 | 7/20/2023 |
| 23-32432-KLP | Jasmine Brianne Ward | 13 | 7/21/2023 |
| 23-32431-KLP | Jonathan Richard Bottoms and Alexandra Kitchen Bottoms | 13 | 7/21/2023 |
| 23-32450-KLP | Richard Dale Hudson | 13 | 7/25/2023 |
| 23-32463-KLP | Richard Sylvester Smith, Jr. | 13 | 7/24/2023 |
| 23-32395-KLP | Carl John Childers, Jr. and Melissa Ann Childers | 13 | 7/31/2023 |
| 23-32502-KHK | Latanya Yvette Redmond | 13 | 7/28/2023 |
| 23-32314-BFK | Finis Lee Burton | 13 | 7/28/2023 |
| 23-32485-FJS | Mylinda Quinn Seal | 13 | 7/27/2023 |
| 23-32507-FJS | Angelyn Fowlkes Glasgow | 13 | 7/28/2023 |
| 23-30842-KLP | Angela Jefferson-Walden | 13 | 7/28/2023 |
| 23-32336-FJS | Jason Glenwood Morris and Tamara Morton Morris | 13 | 7/28/2023 |
| 23-71350-FJS | Percy Edward Alexander | 13 | 8/3/2023 |
| 23-71402-SCS | Timothy Lee Scott | 13 | 8/2/2023 |

| | | | |
|---|---|---|---|
| 23-71393-SCS | Colette Boone Ruffin | 13 | 8/4/2023 |
| 23-32590-FJS | Latonya Latrice Peterson | 13 | 8/4/2023 |
| 23-32429-KLP | Craig Edward Winston | 13 | 8/7/2023 |
| 23-71339-FJS | Terry Daniel Reese, Sr. and Erika Michele Reese | 13 | 8/8/2023 |
| 23-32668-KLP | Rex F. Johnson | 13 | 8/11/2023 |
| 23-32615-KLP | Charlisa Barksdale | 13 | 8/10/2023 |
| 23-32482-KLP | Shenique M Charville | 13 | 8/10/2023 |
| 23-32665-KLP | Cynthia R McQueen | 13 | 8/14/2023 |
| 23-70348-FJS | Arthur Matthews Nowell and Lorraine Patricia Nowell | 13 | 8/15/2023 |
| 19-36030-KLP | Hester Regina Braddy | 13 | 8/15/2023 |
| 23-32752-FJS | Eric Delroy Bland and Regina Adams Bland | 13 | 8/18/2023 |
| 19-74559-SCS | Sandra R. Cowart | 13 | 8/18/2023 |
| 23-70993-FJS | Trevor Russell Harris | 13 | 8/22/2023 |
| 23-71419-FJS | William R. Ferris | 13 | 8/21/2023 |
| 23-71415-SCS | Darrell Josh Gibbs and Anna Magdalena Gibbs | 13 | 8/22/2023 |
| 23-32664-FJS | Stacey Thomas | 13 | 8/23/2023 |
| 23-32765-KLP | Derrick Brown Banks and Gay Harrell Banks | 13 | 8/24/2023 |
| 21-71853-SCS | Elyse Dawn Campbell | 13 | 8/25/2023 |
| 23-32819-KLP | Gary William Brockwell, II | 7 | 8/25/2023 |
| 23-50496-FJS | Clyde D. Johnson | 13 | 8/24/2023 |
| 23-32684-KHK | Soraena Giles-Outlaw Granby | 13 | 8/25/2023 |
| 23-32685-FJS | Stacy Ann Hinson | 13 | 8/25/2023 |
| 23-32675-KHK | Eric Wayne Schmoll and Cassie Rose Schmoll | 13 | 8/25/2023 |
| 23-32748-BFK | Bettye Yvonne Gorman | 13 | 8/31/2023 |
| 23-32769-KLP | Eoin Patrick Connolly | 13 | 9/5/2023 |
| 22-31669-BFK | Juanita Mae Clark | 13 | 9/7/2023 |
| 23-71585-FJS | Norris Patricia Bailey | 13 | 9/7/2023 |
| 23-32990-KLP | Deon Jeron Fleming | 13 | 9/11/2023 |
| 23-71617-SCS | Evelyn Christine Hurst Jones | 13 | 9/12/2023 |
| 23-33061-KHK | Duane Troy Hobbs, Jr. and Artebia Natosha Hobbs | 13 | 9/13/2023 |
| 23-32991-BFK | Coley R. Favors | 13 | 9/16/2023 |
| 23-32928-KLP | Cathy Day Handford | 13 | 9/14/2023 |
| 23-33052-KLP | Jean Perry Greene | 13 | 9/14/2023 |
| 23-33062-KLP | Veronica Marguerite Haskins | 13 | 9/15/2023 |
| 23-33082-FJS | Gregory Paul Lewis and Armecia Greene Lewis | 13 | 9/18/2023 |
| 23-50594-FJS | Kevin Darnell Byrd | 13 | 9/18/2023 |
| 23-33128-BFK | Anthony Jerome Lane | 13 | 9/20/2023 |

| | | | |
|---|---|---|---|
| 23-33150-KLP | Deborah M. Redmon | 13 | 9/21/2023 |
| 23-71695-SCS | Howard Nelson Giddings, Sr. and Felecia Ann Giddings | 13 | 9/21/2023 |
| 23-71732-FJS | Alisha Sumerlin Whited and Scott Douglas Whited | 13 | 9/21/2023 |
| 23-33176-KLP | Valeri Rose Barton | 13 | 9/26/2023 |
| 23-71719-FJS | Fulton Jagoe Tate and Brenda Annette Tate | 13 | 9/27/2023 |
| 23-33278-KHK | Eric Allen Vandivert | 13 | 9/28/2023 |
| 23-50670-SCS | Patricia Angele Siewe Seuchie | 13 | 9/29/2023 |
| 23-32388-FJS | Carol Banks Davis | 13 | 10/6/2023 |
| 23-71736-SCS | Samuel Olwoletolupope Coker | 13 | 10/9/2023 |
| 20-31592-KHK | Beth Lynn Morgan | 13 | 10/11/2023 |
| 23-33470-KHK | Robert Wayne Martin, Jr. | 13 | 10/16/2023 |
| 23-33291-KHK | Janel D. Gordon | 13 | 10/16/2023 |
| 22-71303-FJS | Wendel Ray Fulton and Charmaine Lee Fulton | 13 | 10/16/2023 |
| 23-33521-BFK | Tyray Lavaris Horne and Montanie Angela Hairston | 13 | 10/18/2023 |
| 23-50729-SCS | Darrick Lamont Jones, Sr. and Tramaine Denise Jones | 13 | 10/25/2023 |
| 23-33575-BFK | Charles L Mason, Jr. | 13 | 10/24/2023 |
| 23-33503-BFK | Jason Tennille Jones, Sr. | 13 | 10/30/2023 |
| 23-71889-FJS | Justin Michael Diaz | 13 | 10/30/2023 |
| 23-33667-KHK | Tara Linn Martino | 13 | 10/31/2023 |
| 23-33697-BFK | Tynisha L. Johnson | 13 | 10/31/2023 |
| 23-71999-FJS | Whitney Jo Brenon | 13 | 10/31/2023 |
| 23-72019-SCS | Jackie Marie Osorio | 13 | 11/1/2023 |
| 23-33672 | Robert Hans Rife and Caroline Courteney Rife | 13 | 11/2/2023 |
| 23-50761-FJS | Anne Marin Peterson | 13 | 11/8/2023 |
| 23-33777-KHK | Gregory Fraser Britt and Terri M. Britt | 13 | 11/7/2023 |
| 23-33845-BFK | Kurt R Magette and Susan M Magette | 13 | 11/9/2023 |
| 23-72095-SCS | Glenn D. Belton | 13 | 11/13/2023 |
| 23-50189-FJS | Cornelius Jasper Walker | 13 | 11/15/2023 |
| 23-33728-FJS | Clifton Leon Merritt and Shirley Ann Merritt | 13 | 11/16/2023 |
| 23-72063-FJS | Luis Alberto Sotelo-Ramos | 13 | 11/20/2023 |
| 23-33968-KHK | Barbara Balthrop Owens | 13 | 11/21/2023 |
| 23-33977-BFK | Madeline Virginia Shaw | 13 | 11/29/2023 |
| 23-72180-SCS | Teresa Ann Burriss | 13 | 11/27/2023 |
| 23-33984-KHK | Christopher Daniel Harris and Jerri Leigh Harris | 13 | 11/29/2023 |
| 23-50811-FJS | Cindy Anne Arnold | 13 | 11/30/2023 |
| 23-33913-FJS | Myra Edwards | 13 | 12/1/2023 |

| | | | |
|---|---|---|---|
| 23-72190-FJS | Carolyn Elaine Blanchard | 13 | 12/6/2023 |
| 23-33796-BFK | Anthony R Schuler | 13 | 12/6/2023 |
| 23-72213-FJS | Phyllis Diana Askew | 13 | 12/6/2023 |
| 23-50883-FJS | April Michelle Campbell | 13 | 12/8/2023 |
| 22-50563-FJS | James Walter Ballard | 13 | 12/12/2023 |
| 23-34174-FJS | Sylvia Freddie Oliver | 13 | 12/12/2023 |
| 19-33567-KHK | Eunice Avery Fraley | 13 | 12/11/2023 |
| 23-72292-FJS | Sammy Ortiz | 13 | 12/12/2023 |
| 23-50891-SCS | Petra Theresa Branch | 13 | 12/12/2023 |
| 23-31799-BFK | Danny Edward Shores, Jr. and Michelle Means Shores | 13 | 12/14/2023 |
| 23-72355-SCS | Andrea Latoya Malcolm | 13 | 12/20/2023 |
| 23-34316-FJS | Cristobal Martinez Cisneros | 13 | 12/20/2023 |
| 23-34143-KHK | Charles Evington Geoghegan, V and Tina Ann Geoghegan | 13 | 12/21/2023 |
| 23-72373-SCS | Jeremy Michael Jordan | 13 | 12/21/2023 |
| 23-72294-SCS | Joseph Andrew Skebeck | 13 | 12/26/2023 |
| 23-72280-FJS | Wanda Marie Williams | 13 | 12/22/2023 |
| 23-72348-FJS | Dezada D. Jernigan | 13 | 1/2/2024 |
| 23-72424-SCS | Carshena Lynelle Drummer | 13 | 1/2/2024 |
| 23-50920-FJS | Timothy Eugene McLemore and Lorena McLemore | 13 | 1/2/2024 |
| 23-34412-KHK | Kenneth W Valentine | 13 | 1/3/2024 |
| 23-50887-SCS | Kimberly Bell Vinson | 13 | 1/4/2024 |
| 23-34362-BFK | Robert Lee Bradley, Jr. | 13 | 1/9/2024 |
| 24-70005-SCS | Deloris Sanford Byrd | 13 | 1/17/2024 |
| 23-72451-FJS | Sophie Yan Srey | 13 | 1/9/2024 |
| 24-30042-FJS | Shantane N Tho and Cholin Tho | 13 | 1/11/2024 |
| 24-70026-SCS | Michelle Love Purches | 13 | 1/12/2024 |
| 24-30015-FJS | Douglas W. Mitchell | 13 | 1/19/2024 |
| 23-32081-BFK | Tiffany Lyn Turner | 13 | 1/18/2024 |
| 24-70076-FJS | Melba Moore Holland | 13 | 1/19/2024 |
| 22-50530-FJS | Timmy Ray Wilkins | 13 | 1/22/2024 |
| 23-33796-BFK | Anthony R Schuler | 13 | 1/25/2024 |
| 22-71501-FJS | Elmer Leo Collins | 13 | 1/25/2024 |
| 22-71107-FJS | Darrell Lorenzo Jones, Sr. and Georgia Marie Jones | 13 | 1/29/2024 |
| 23-71871-FJS | Willie Jerome Chavis | 13 | 1/29/2024 |
| 24-70032-SCS | Jakesh Lamar Davis | 13 | 1/29/2024 |
| 24-70144-FJS | Candelario Giron Landaverde | 13 | 1/31/2024 |
| 24-30088-BFK | Morris Burrell Swann | 13 | 2/2/2024 |
| 24-70079-SCS | Neil Thomas Burnette | 13 | 2/5/2024 |

| | | | |
|---|---|---|---|
| 23-33823-BFK | Leo Lorenzo Goodman, III and Angela Denise Goodman | 13 | 2/7/2024 |
| 21-70012-SCS | Sherry Darlene Goodman | 13 | 2/8/2024 |
| 24-30399-KHK | Lloyd Henry Evans, III | 13 | 2/13/2024 |
| 24-70189-SCS | Susan Rae Brown | 13 | 2/14/2024 |
| 24-30496-FJS | Marilyn Monroe Butler | 13 | 2/19/2024 |
| 22-71096-SCS | Kathleen Ann Wiggins | 13 | 2/19/2024 |
| 24-30476-FJS | Marvin Davis Harris | 13 | 2/20/2024 |
| 24-30443-KHK | Alex Rogers McCullough | 13 | 2/19/2024 |
| 23-33842-KHK | Archie Louis Cannon and Pamela Orlett Cannon | 13 | 2/20/2024 |
| 21-30001-BFK | Jon Jaeger | 13 | 2/21/2024 |
| 24-70107-FJS | Bradley Hamilton Mallory | 7 | 2/20/2024 |
| 24-70262-FJS | Terry Lee Stuckey, Jr. | 13 | 2/21/2024 |
| 24-70099-FJS | Phillip David Griggs | 13 | 2/21/2024 |
| 24-30430-KHK | Andrew D. Grooms, Jr. and Stephanie D Grooms | 13 | 2/27/2024 |
| 24-50028-FJS | James Arthur Campbell | 13 | 2/27/2024 |
| 22-32572-KHK | Rose M. Tabb | 13 | 2/29/2024 |
| 24-70346-FJS | Shirley Margo Morris | 13 | 2/29/2024 |
| 24-70265-SCS | John Alton Gray, Jr. | 13 | 3/1/2024 |
| 24-70417-SCS | Shannon Llamont Hawkins and Tia Shanae Hawkins | 13 | 3/5/2024 |
| 24-70370-FJS | Molly Elizabeth McKeel | 13 | 3/5/2024 |
| 23-34337-FJS | Jason Alvin Greene and Christal Deffner Greene | 13 | 3/12/2024 |
| 22-70392-SCS | Robert Glenn Johnson | 13 | 3/15/2024 |
| 23-50919-SCS | James Richard Rumburg and Jennifer Nicole Rumburg | 13 | 3/18/2024 |
| 24-30961-FJS | Michael Jerome Henderson | 13 | 3/20/2024 |
| 24-31048-BFK | Angela Lorraine Owens | 13 | 3/25/2024 |
| 24-30822-FJS | Vangue Jefferson, Jr. | 13 | 3/26/2024 |
| 24-50203-FJS | Ella Rust Wright | 13 | 3/26/2024 |
| 21-71468-FJS | Sylvester Lee and Sandy M. Lee | 13 | 3/28/2024 |
| 20-71524-FJS | David Ross Fisher and Felicia Fisher | 13 | 3/28/2024 |
| 24-70603-FJS | Shannon Randolph Tyler and Saidah Tyler | 13 | 3/28/2024 |
| 21-32309-KHK | Princess Roberta Whitehead | 13 | 4/2/2024 |
| 24-70664-SCS | Susanna Carol Aikin | 13 | 4/3/2024 |
| 24-31168-FJS | Robert Jonathan Rudd | 13 | 4/3/2024 |
| 24-70658-FJS | Elvis Charles Small | 13 | 4/3/2024 |
| 24-70550-SCS | James Stevenson and Jacqueline M Stevenson | 13 | 4/5/2024 |
| 24-70712-SCS | Michael David Sandelier, Sr. and Angela Aten Sandelier | 13 | 4/9/2024 |

| | | | |
|---|---|---|---|
| 24-31252-BFK | Kermit J Richardson and Khalilah Wajihah Richardson | 13 | 4/12/2024 |
| 19-73590-FJS | Sean Michael Devereux and Kristine L. Devereux | 13 | 4/10/2024 |
| 24-70689-SCS | Mark Roland Hess | 13 | 4/11/2024 |
| 24-70031-FJS | Elizabeth Dorothy Henry | 13 | 4/15/2024 |
| 24-31189-KHK | Meryl E. Hillerson | 13 | 4/16/2024 |
| 24-30321-BFK | Megan Brooke Faulconer | 13 | 4/18/2024 |
| 24-31403-FJS | Regina Gasque | 13 | 4/18/2024 |
| 24-50281-SCS | Reshayla Amber Holmes | 13 | 4/18/2024 |
| 24-30354-KLP | Terry Alton Reed, Jr. | 13 | 5/1/2024 |
| 24-31586-BFK | Arlene Cora Jackson | 13 | 4/30/2024 |
| 24-70839-SCS | Ronishia Lynnea Chamblis-Cox | 13 | 4/30/2024 |
| 24-31429-KHK | Javie Lionel Williams | 13 | 5/1/2024 |
| 24-31627-KHK | Susan Margaret Martin | 13 | 5/1/2024 |
| 24-70893-SCS | Frank Randolph Morris, Jr. and Wanda Morris | 13 | 5/3/2024 |
| 24-70903-SCS | Rebecca Kay Miller | 13 | 5/3/2024 |
| 24-50323-SCS | Edward Bolling, Jr. | 13 | 5/3/2024 |
| 24-50282-SCS | Jamie Desmond McLean and Atiya Fataha McLean | 13 | 5/7/2024 |
| 24-31707-BFK | Sylvia Jean Henderson | 13 | 5/9/2024 |
| 23-33315-KLP | Leon Rolland Edwards and Sylvia Samantha Edwards | 13 | 5/13/2024 |
| 24-70968-SCS | Ronald Eugene Irwin and Hailey Nicole Irwin | 7 | 5/13/2024 |
| 24-50321-SCS | Larry Edward Williams, I | 13 | 5/10/2024 |
| 24-31777-FJS | Corey Antonio Hardee | 13 | 5/14/2024 |
| 24-70873-FJS | MaryAnne Anderegg | 13 | 5/17/2024 |
| 24-31858-FJS | John Edwin Lee | 13 | 5/21/2024 |
| 24-31706-BFK | Talat Amir Harris, Sr. and Odetta Natasha Semple-Harris | 13 | 5/24/2024 |
| 24-50399-SCS | Ebony Shamone Huggins | 13 | 6/6/2024 |
| 24-32085-FJS | Paul Edward Raisley | 13 | 6/7/2024 |
| 22-30790-FJS | Aaron Demond Randall | 13 | 6/7/2024 |
| 24-31995-KHK | Tara Stacey Bowles | 13 | 6/12/2024 |
| 23-11054-KHK | Angelisa Rose McLean | 13 | 6/18/2024 |
| 24-32264-FJS | Tameka Vaughan Dorsey | 13 | 6/24/2024 |
| 24-10365-KHK | Justin Gerard Marino and Anna Marie Marino | 7 | 6/24/2024 |
| 24-50304-FJS | Hazel Gilchrist King | 13 | 6/24/2024 |
| 24-32132-FJS | John Edward Anderson | 13 | 6/24/2024 |
| 24-71264-SCS | Dawn Eure Holmes | 13 | 6/24/2024 |
| 24-71214-FJS | Jerome Jordan, Sr. and Cheri C Jordan | 13 | 6/28/2024 |

| | | | |
|---|---|---|---|
| 24-71325-SCS | Hildebrand Edward Limon and Mandy Lynn Limon | 13 | 6/28/2024 |
| 24-71396-FJS | Samantha Whitney Tillson | 13 | 7/10/2024 |
| 24-32483-FJS | Donna Marie Doggett | 13 | 7/11/2024 |
| 24-71415-FJS | Pablo Daniel Ovando | 13 | 7/17/2024 |
| 24-71457-FJS | Tasha Yvette Wiggins | 13 | 7/16/2024 |
| 22-32120-KHK | Emerson Jay Parker | 13 | 7/18/2024 |
| 24-32409-BFK | Kimberly Hertless Barton | 13 | 7/17/2024 |
| 24-32583-KLP | James Franklin Williams, Sr. | 13 | 7/17/2024 |
| 24-71500-SCS | Jasmine Rochelle Jones | 13 | 7/25/2024 |
| 24-32593-KLP | Frederick Richard Schmied Jr and Maureen Patricia Schmied | 7 | 7/24/2024 |
| 24-32495-FJS | Nicholas Alexander Roy and Patricia Elisabeth Roy | 13 | 7/25/2024 |
| 24-71527-FJS | William Lee Northan, Jr. and Shirley Bell-Northan | 13 | 7/25/2024 |
| 24-32196-FJS | Jenny Lynn Ellington | 13 | 7/25/2024 |
| 24-32506-KLP | Andre Quillin Brown | 13 | 7/26/2024 |
| 24-71612-FJS | Adam Martin Stephenson and Melissa Dunn Stephenson | 13 | 7/30/2024 |
| 24-32773-KHK | Carey Matthew Shaver and Nicole Nadine Shaver | 13 | 7/30/2024 |
| 24-71496-FJS | Stacey L. Hill | 13 | 7/31/2024 |
| 24-71632-SCS | Alexandra Janene Brevard | 13 | 8/1/2024 |
| 24-32607-FJS | Sheldon Lee Bennet | 13 | 8/6/2024 |
| 24-50568-SCS | Steven Paul Crownover and Kiersten Danielle Crownover | 13 | 8/7/2024 |
| 24-32891-KLP | Vickie Denise Williams | 13 | 8/6/2024 |
| 24-50576-FJS | Jeffery Matthew Rayford and Dana Stortz Rayford | 13 | 8/8/2024 |
| 24-32862-FJS | Deloris Yvonne Bailey | 13 | 8/8/2024 |
| 24-32904-KHK | Shaniyrus Stephon Bogle and Nikita Dawn Bogle | 13 | 8/7/2024 |
| 24-71683-SCS | Glendaria Smith | 13 | 8/8/2024 |
| 24-32729-FJS | Joshua Matthew Ricard | 13 | 8/8/2024 |
| 24-32945-KLP | Deshawn Anthony Hackett | 13 | 8/16/2024 |
| 24-32906-FJS | Anthony Lewis Baker | 13 | 8/13/2024 |
| 24-71518-SCS | Michael Eugene Mauzone and Carol Ann Mauzone | 13 | 8/13/2024 |
| 24-32770-KLP | Dehon S. Powell and Marvet L. Powell | 13 | 8/16/2024 |
| 24-50557-FJS | Yvette Erline Chase-Batts | 13 | 8/16/2024 |
| 24-32942-KLP | Krystal Yvonne Miller | 13 | 8/19/2024 |
| 24-32781-BFK | Spencer Leon Whitehead, Jr. and Amanda Nichole Whitehead | 13 | 8/21/2024 |
| 24-32857-KLP | Deborah Kay Sprouse | 13 | 8/21/2024 |

| | | | |
|---|---|---|---|
| 24-32889-KLP | Michael Kirby and Erin Kirby | 13 | 8/21/2024 |
| 24-32893-BFK | Sterling Thomas Young | 13 | 8/22/2024 |
| 24-71656-FJS | Cristel Marie Kearney | 13 | 8/26/2024 |
| 24-32880-KLP | Monet Keeve | 13 | 8/26/2024 |
| 24-32885-FJS | Iris Adams-Little | 13 | 8/27/2024 |
| 24-33069-KLP | Alice Geraldine Peterson | 13 | 8/27/2024 |
| 24-33097-KLP | Aljamonte Lestar Rose and Chonita Dae Rose | 13 | 8/26/2024 |
| 24-50179-FJS | Annquinetta Chantal Moss | 13 | 8/29/2024 |
| 24-71763-FJS | Lamonica Rosetta Elliott | 13 | 9/3/2024 |
| 24-33272-KLP | Keshia Champion Anderson | 13 | 9/10/2024 |
| 24-71907-SCS | Raeshell Denita Youell | 13 | 9/12/2024 |
| 24-33240-FJS | Earl Anthony Johnson | 13 | 9/11/2024 |
| 24-33135-KLP | Eric Richard Smith and LaVon Russhell Smith | 13 | 9/11/2024 |
| 24-50407-FJS | Bryan Donnell Watson | 13 | 9/16/2024 |
| 24-50090-SCS | Mozelle Williams | 13 | 9/17/2024 |
| 24-31721-KLP | Kenneth Jerry Hammitt and Cynthia Mae Hammitt | 13 | 9/17/2024 |
| 24-33483-KLP | Kenneth Edmond Kelley | 13 | 9/20/2024 |
| 24-33308-KLP | Brittani N. Guyewski | 13 | 9/20/2024 |
| 24-11667-KHK | Norma Adely Molina de Franco | 13 | 9/24/2024 |
| 24-33423-KLP | Sonja Eureka Randolph | 13 | 9/26/2024 |
| 24-31412-FJS | Jalisa N Spears | 13 | 9/26/2024 |
| 24-71915-SCS | Hugh Wayne Bohny, III | 13 | 9/27/2024 |
| 24-72042-SCS | Wardell Silver and Rosa Marie Silver | 13 | 9/30/2024 |
| 24-33469-KHK | Richard Alan Hendrickson and Sandra Beth Villa-Hendrickson | 13 | 10/1/2024 |
| 24-33553-BFK | Gratham Tahsin Mathis | 13 | 9/30/2024 |
| 24-33387-BFK | Reginald Alan Bagley, Sr. and Michelle Victoria Bagley | 13 | 9/30/2024 |
| 23-32312-FJS | Gail Lee Schechter | 13 | 9/30/2024 |
| 24-72003-SCS | Gary Lee Ambrose | 13 | 9/30/2024 |
| 24-33209-KLP | Jeremy Marcus Smith | 13 | 10/2/2024 |
| 24-33319-KHK | Kellye Shavone Lovelace | 13 | 10/4/2024 |
| 24-33202-FJS | James Edward Strepelis | 13 | 10/2/2024 |
| 24-33296-KHK | Harry Thomas Easter and Irma Lindora Easter | 13 | 10/9/2024 |
| 24-33400-KLP | Sentil Nicole Antoine | 13 | 10/9/2024 |
| 24-71289-SCS | Percy Cowell and Joycelyn Mae Cowell | 13 | 10/4/2024 |
| 23-70786-SCS | Jesse E. Hicks | 13 | 10/11/2024 |
| 24-50664-FJS | Felicia Mallary | 13 | 10/15/2024 |
| 24-33693-KHK | Alecia Natasha Lampley | 13 | 10/8/2024 |

| | | | |
|---|---|---|---|
| 24-33676-FJS | Alesia Elaine Gibbs | 13 | 10/9/2024 |
| 24-11673-BFK | Cleavon DeAngelo Moore | 13 | 10/14/2024 |
| 24-72156-FJS | Lee Ernest Billups | 13 | 10/14/2024 |
| 24-72032-FJS | Davis Leighton McMillen | 13 | 10/11/2024 |
| 24-33042-KHK | Sharon L. Malchow | 13 | 10/16/2024 |
| 24-50771-SCS | Arsenia Perry McCargo | 13 | 10/18/2024 |
| 24-50736-SCS | Alma Olivia Murray | 13 | 10/25/2024 |
| 24-33730-FJS | Luis Fernando Tamayo | 13 | 10/22/2024 |
| 24-72164-SCS | Jennifer Lynn Yellen and Mark Andrew Yellen | 13 | 10/25/2024 |
| 24-10374-KHK | Nail Mahmood Miakhel | 13 | 10/24/2024 |
| 24-34086-FJS | Larry Emerson Liford, Jr. and Karen Campbell Liford | 13 | 10/28/2024 |
| 22-30939-KHK | Michael Lee Payne and Debra Sue Payne | 13 | 11/11/2024 |
| 24-34075-KHK | Beverly B. Lane | 13 | 11/11/2024 |
| 24-33398-BFK | Jack Benjamin Margulies, Jr. | 13 | 11/6/2024 |
| 24-34153-FJS | Samuel Chris Barnes, Jr. | 13 | 11/11/2024 |
| 24-34188-KHK | Angela Donovan Skelton | 13 | 11/11/2024 |
| 24-72369-SCS | Tieheim Jennings | 13 | 11/13/2024 |
| 24-50825-SCS | Carla R Carr | 13 | 11/12/2024 |
| 24-34220-FJS | Colby Taylor Johnson and Melissa Lyon Ellis-Johnson | 13 | 11/12/2024 |
| 24-72377-FJS | Tony Davis and Sonya Davis | 13 | 11/12/2024 |
| 24-12076-KHK | Corliss Lee | 7 | 11/12/2024 |
| 24-72409-FJS | William Lloyd Anthony Johnson | 13 | 11/15/2024 |
| 24-34321-FJS | Myrna Lucille Perry | 13 | 11/18/2024 |
| 24-34335-FJS | Douglas Allen Maybush and Christina Michelle Maybush | 13 | 11/18/2024 |
| 24-72153-FJS | James Albert Hamilton and Cynthia Dawn Hamilton | 13 | 11/19/2024 |
| 24-50831-FJS | Christopher James Nasser | 7 | 11/20/2024 |
| 22-72166-FJS | Corey Maurice Rountree and Tresha Nichelle Rountree | 13 | 11/26/2024 |
| 20-30575-BFK | Charmaine Denise Johnson | 13 | 11/27/2024 |
| 19-33631-BFK | Jamaal R. Charity | 13 | 11/27/2024 |
| 24-34284-FJS | Danielle Nicole Logan | 13 | 11/27/2024 |
| 24-50893-FJS | Deborah Frances Carroll | 13 | 12/3/2024 |
| 22-33523-FJS | Sean Minogue and Charlotte Minogue | 13 | 12/3/2024 |
| 24-50729-FJS | Katrina Yovette Cooper | 13 | 12/9/2024 |
| 24-32745-BFK | Jerel Cornealious Clayton | 13 | 12/26/2024 |
| 24-72611-FJS | Bruce Richard Lafave and Perlita Lumagui Lafave | 13 | 12/20/2024 |
| 19-35143-KHK | Cornelius William Ross and Stephanie LaChelle Braxton | 13 | 12/24/2024 |

| | | | |
|---|---|---|---|
| 24-50965-SCS | Travis Jordan | 13 | 12/24/2024 |
| 24-72622-FJS | Rodney D. Jones | 13 | 12/24/2024 |
| 24-72714-FJS | Rebecca Lynn Carhart | 13 | 12/26/2024 |
| 24-34791-KLP | Demetrie Taylor Morton | 13 | 1/2/2025 |
| 25-70004-FJS | Dale Avery Curry | 7 | 1/17/2025 |
| 24-34830-KLP | Hannah Marie Lantz | 13 | 1/17/2025 |
| 24-34873-KHK | Curburna Teasley | 13 | 1/17/2025 |
| 25-70063-SCS | Jacob Ethan Payez | 13 | 1/22/2025 |
| 25-70046-SCS | Russlyn Rose Wilkie | 13 | 1/15/2025 |
| 24-34761-FJS | Kevin Dwight Murray | 13 | 1/17/2025 |
| 25-50028-FJS | Edward R. Merritt, Jr. | 13 | 1/31/2025 |
| 25-70031-FJS | Preston Sylvester Ricks | 13 | 1/23/2025 |
| 24-32123-KRH | Russell Dawson Callaway, III | 13 | 1/31/2025 |
| 25-50052-FJS | Martha A. Savage | 13 | 1/31/2025 |
| 25-30275-BFK | Cheryl Worrell Brown | 13 | 2/7/2025 |
| 25-30293-BFK | Jameelia Shabrenda Rosser | 13 | 2/11/2025 |
| 25-70157-FJS | John Frank Ramey, Jr | 13 | 1/30/2025 |
| 25-70113-FJS | Michael Tyrone Adams, Sr. | 13 | 1/31/2025 |
| 25-30187-BFK | Russell John Keim and Susan M Keim | 13 | 2/11/2025 |
| 25-30199-BFK | Sandra Leigh Hendrick | 13 | 2/5/2025 |
| 25-50084-SCS | Eric Micheal Jones | 13 | 2/5/2025 |
| 25-30335-KHK | Kenneth Brian Hightower and Bonnie Duckworth Hightowe | 13 | 2/5/2025 |
| 25-30170-KHK | Karen Estelle Ogarro-Thompson | 13 | 2/7/2025 |
| 25-50050-SCS | Phillip Lee Farrow and Dominique Marie Farrow | 13 | 2/11/2025 |
| 24-72375-FJS | Trevor Russell Harris | 13 | 2/17/2025 |
| 25-30498-FJS | Cecil Lamont Green and Rasha Lanae Tyler | 13 | 2/18/2025 |
| 24-72686-FJS | Micki Allen Haubold | 7 | 2/17/2025 |
| 25-50069-SCS | David Alan Harmon and Krizelle Elisabeth Harmon | 13 | 2/18/2025 |
| 25-70304-FJS | Jeffrey Carter Griffin | 13 | 2/18/2025 |
| 24-71500-SCS | Jasmine Rochelle Jones | 13 | 2/20/2025 |
| 25-70319-SCS | Brenda Tyre | 13 | 2/21/2025 |
| 24-50664-FJS | Felicia Mallary | 13 | 2/20/2025 |
| 25-50001-SCS | Bryan Russell and Iliana Russell | 7 | 2/25/2025 |
| 22-32454-FJS | David Wayne Daniels | 13 | 2/24/2025 |
| 22-30411-FJS | Charles Anthony Lilley, III and Thelma Lynne Salmons-Lilley | 13 | 2/25/2025 |
| 20-30050-KHK | Belinda Jean Gary | 13 | 2/25/2025 |
| 25-70221-SCS | Jean Steele Carlson | 13 | 2/24/2025 |
| 25-70260-FJS | Shawna Kaneesha Borner | 13 | 2/25/2025 |

| 25-30701-FJS | Marlon Willard Warren and Felice Sharonda Warren | 13 | 3/3/2025 |
|---|---|---|---|
| 25-70155-SCS | Anthony J Comento and Brittany D Comento | 13 | 3/5/2025 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |